NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-5707
    Facsimile:  (213) 894-7819
    Email: Brendan.Mockler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DARINA SKY WILLIAMS,<br><br>            Defendant. | No. CV 20-7166<br><br>[SACR 19-0131-ADS]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEES JP MORGAN CHASE BANK, N.A. AND WELLS FARGO BANK, N.A. [28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |
|---|---|

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Darina Sky Williams*, SACR 19-0131-ADS.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On March 10, 2020, the District Court of the United States in the Central District of California entered an order imposing the following criminal judgment debt:

- Restitution: $20,443.93
- Fine: $5,500.00
- Special assessment: $25.00

The defendant-judgment debtor is Darina Sky Williams, Social Security Number XXX-XX-2428, currently resides in Los Angeles, California.

As of August 5, 2020, Defendant's criminal debt balance is $25,943.93.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Each Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that funds, assets, or property belonging to Darina Sky Williams are currently in the garnishees' custody, control, or possession.  By and through this Writ of Garnishment, the United States seeks to take the funds or property from Darina Sky Williams currently held by the garnishees to secure payment towards the criminal judgment debt. 28 U.S.C. § 3205 (b)(1)(C).

///
///
///

The names and addresses of Garnishees or the Garnishees' authorized agent are:

**JP Morgan Chase Bank, N.A.**
**c/o Court Orders & Levies**
**P.O. Box 183164**
**Columbus, Ohio 43218-3164**

**Wells Fargo Bank, N.A.**
**Attn: Legal Order Processing**
**P.O. Box 29779**
**Phoenix, Arizona 85038**

Dated: August 5, 2020.                    Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division


/s/ Brendan T. Mockler
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section


Attorneys for Plaintiff
United States of America